**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**GAROLD EPPERSON,**

    **Plaintiff,**

vs.                                           **CASE NO.: 1:04-CV-438-SPM**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

**ORDER DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the "Mediation Disposition Report" (doc. 20) filed on December 22, 2005, which advises that the parties have settled all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of December, 2005.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge

/pao